IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAHMAN PHILLIP**, *Plaintiff,* v. **GEO SECURE SERVICES, LLC,** *et al*, *Defendants.* | **Case No. 2:22-cv-00565-JDW** |

### ORDER

**AND NOW**, this 23rd day of May, 2024, upon consideration of Defendants' Motion For Summary Judgment (ECF No. 25), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.